IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| AARON KINNER,<br>on behalf of Plaintiff and the class members<br>described below,<br><br>          Plaintiff,<br><br>    v.<br><br><br>NINGO LENDING LLC, doing business as<br>SPOTLOAN, SAMUEL ADRIAN SPRATT,<br>R&R SPE LLC, and JOHN DOES 1-20,<br><br>        Defendants. | **Case No.: 1:26-cv-00883-TWP-KMB** |

**DEFENDANT R&R SPE LLC'S NOTICE OF FIRST EXTENSION OF TIME**

Defendant R&R SPE LLC ("Defendant"), by counsel and pursuant to Local Rule 6-1(a), notifies the Court of an automatic extension of time for filing a responsive pleading of 28 days.  In support of this Notice, Defendant states as follows:

1.      Plaintiff served Defendant with a summons and the Class Action Complaint on May 6, 2026.

2.      Pursuant to F.R.C.P. 12(a)(1)(A)(i), Defendant's response to the Class Action Complaint is due May 27, 2026, which time has not yet expired, and which has not been previously extended.

1

3.      Plaintiff's counsel has been contacted and consents to an initial 28-day extension of time, which makes the new response deadline June 24, 2026.  Counsel has not yet appeared for the other defendants.

4.      This initial extension does not interfere with any Court deadlines, case management deadlines, hearings, or trials.


RESPECTFULLY SUBMITTED,


**NELSON MULLINS RILEY & SCARBOROUGH LLP**


*s/* Ben Sitter

Ben Sitter, Esq.
One PPG Place
Suite 3200
Pittsburgh, PA 15222
T. 412.730.3244
ben.sitter@nelsonmullins.com

*Counsel for Defendant R&R SPE LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 22 day of May, 2026, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

Daniel A. Edelman
Heather A. Kolbus
Alexandra Huzyk
**Edelman, Combs, Latturner & Goodwin, LLC**
20 S. Clark St, Suite 1800
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)
courtecl@edcombs.com
hkolbus@edcombs.com
ahuzyk@edcombs.com

*Attorneys for Plaintiffs*

*/s/* Ben Sitter
Ben Sitter, Esq.

3